# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:19-cv-05759-AB-KES | Date: November 20, 2019 |

Title: LLOYD GEORGE KENNEY v. J. CARP, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to Show Cause Why this Action Should Not Be Dismissed

In July 2019, Lloyd George Kenney ("Plaintiff"), a prisoner in the custody of the federal Bureau of Prisons ("BOP"), filed a pro se civil rights Complaint alleging violations of his constitutional rights by 12 Defendants: 5 work at Federal Correctional Institution ("FCI") Victorville II in California, 5 work at FCI Phoenix in Arizona, and 2 are BOP Administrators. (Dkt. 1 at 3-6.) The initial Complaint named each Defendant in both his official and individual capacities. (Id.)

On August 2, 2019, the Court screened the Complaint pursuant to the Prison Litigation Reform Act and dismissed it with leave to amend. (Dkt. 6.) The Court gave Plaintiff until September 2, 2019 to file a First Amended Complaint. (Id. at 13-14.)

On August 29, 2019, Plaintiff requested appointment of counsel (Dkt. 7) and more time to amend the Complaint (Dkt. 8). The Court denied the request for counsel but granted Plaintiff an extension until October 2, 2019 to file a First Amended Complaint. (Dkt. 9.)

On September 30, 2019, Plaintiff requested a second extension of time to amend the Complaint (Dkt. 11), copies of documents from the docket (Dkt. 10), and an order regarding the handling of his legal mail (Dkt. 13). The Court sent Plaintiff documents and extended the deadline to file a First Amended Complaint to November 4, 2019. (Dkt. 12.) However, the Court denied Plaintiff's request for an order directing prison authorities to open his legal mail only in his presence. (Dkt. 14.)

      As of the date of this Order, the Court has not received a First Amended Complaint or any further filings from Plaintiff.

      IT IS HEREBY ORDERED that, **on or before December 20, 2019**, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution and/or failure to follow this Court's orders.

      Plaintiff may discharge this Order to Show Cause by either: (a) filing a First Amended Complaint that attempts to remedy the defects identified in the Court's screening order, or (b) explaining why he missed the most recent deadline to do so and demonstrating good cause for a third extension of the deadline.

      **<u>If Plaintiff fails to respond to this Order to Show Cause, the Court may dismiss this action for lack of prosecution and/or failure to follow the Court's orders.</u>**

                                                                                                        Initials of Deputy Clerk <u>JD</u>